## 48581. VALENTINO v. THE STATE.

QUILLIAN, Judge. The instant appeal is controlled by the decision in *Humkey v. State,* 129 Ga. App. 750.
*Judgment reversed. Bell, C. J., and Deen, J., concur.*
ARGUED SEPTEMBER 12, 1973 — DECIDED OCTOBER 15, 1973.

*Hodges, Oliver & Duckworth, W. H. Duckworth, Jr.,* for appellant.
*William H. Ison, District Attorney, J. W. Bradley,* for appellee.